IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

640 OCTAVIA LLC,

    Plaintiff,

v.

KARL HEINZ-PIEPER, and DOES 1–45, inclusive,

    Defendants.

/

No. C 18-01047 WHA

**ORDER TO SHOW CAUSE**

    The parties have failed to submit a set of proposed jury instructions, a proposed special verdict form, and proposed voir dire questions as required by the undersigned's *Guidelines for Trial and Final Pretrial Conference*. At tomorrow's final pretrial conference, both sides shall **SHOW CAUSE** why their request for a jury trial has not been waived and why the trial should not proceed as a bench trial.

    **IT IS SO ORDERED.**

Dated: March 19, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE