AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

640 OCTAVIA, LLC )
*Plaintiff* )
v. ) Case No. 3:18-cv-01047-WHA
KARL-HEINZ PIEPER et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 03/22/2019

*Attorney's signature*

Robin A. Sheehan, 315933
*Printed name and bar number*

The Walston Law Group
Four Charlton Court
San Francisco, CA 94123
*Address*

rsheehan@walstonlaw.com
*E-mail address*

(415) 956-9200
*Telephone number*

(415) 956-9205
*FAX number*