IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

640 OCTAVIA LLC,

    Plaintiff,

  v.

KARL HEINZ-PIEPER,

    Defendant.

No. C 18-01047 WHA

**JUDGMENT**

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Karl Heinz-Pieper and against plaintiff 640 Octavia LLC.

**IT IS SO ORDERED.**

Dated: April 2, 2019.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE